## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**REXFORD PUCKETT,**

    Plaintiff(s),

                                  **CASE NO.    3:10-cv-433**

**-vs-**

                                  **District Judge Timothy S. Black**
                                  **Magistrate Judge Michael J. Merz**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant(s).

## JUDGMENT IN A CIVIL CASE

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED:** that the Report and Recommendations of the United States Magistrate Judge (Doc. 10) be **ADOPTED**; and this matter be **TERMINATED** on the docket of this Court with prejudice.

Date:   June 6, 2011                                     **JAMES BONINI, CLERK**

                                                         By: s/ M. Rogers
                                                         Deputy Clerk